This document was signed electronically on February 8, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  February 8, 2017



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ANGELA DEROSA    CASE NO: 14-14029

Debtor(s)    CHAPTER 13

JUDGE MORGENSTERN-CLARREN

### ORDER GRANTING MOTION BY DEBTOR TO INCUR DEBT TO LEASE MOTOR VEHICLE

The Court finds that Debtor has filed a motion to incur debt to lease a motor vehicle.  Debtor has served all interested parties.

The court finds that the trustee does not object to the motion, and that the motion

states good cause.

        Debtor's motion to incur debt to lease a motor vehicle is GRANTED.

        Debtor is granted permission to lease a 2017 Jeep Grand Cherokee.

Submitted by:

/s/ William J. Balena
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road #106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

        ###

## SERVICE LIST

William J. Balena, Attorney for Debtor
(Served Via ECF at docket@ohbksource.com)

Craig Shopneck, Chapter 13 Trustee
(Served Via ECF at ch13Shopneck@ch13cleve.com)

Angela DeRosa,
21779 Seabury Avenue
Fairview Park, Ohio 44126