# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000   |   Fax: 866-936-6113


Account Statement

Prepared for Angela DeRosa

Re: Chapter 13 Bankruptcy

| | |
|---|---:|
| Previous Balance | ($3,335.00) |
| Current Charges | $7,550.08 |
| New Balance | $4,215.08 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($3,335.00) |
| Now Due | $4,215.08 |
| Trust Account | $0.00 |

# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000   |   Fax: 866-936-6113

## INVOICE

Angela DeRosa
21779 Seabury Avenue
Fairview Park, OH 44126

Invoice Date: February 08, 2017
Invoice Number: 12330
Invoice Amount: $7,550.08

## Matter: Chapter 13 Bankruptcy

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 2/25/2014 | c/f - would like Sat (3/1/14) appt at noon | D.G.E. | .10 | No Charge |
| 2/25/2014 | emailed and mailed new client ppwk | D.G.E. | .10 | No Charge |
| 2/28/2014 | unable to reach by phone to conf. appt.-email sent | N.W. | .10 | No Charge |
| 3/1/2014 | Bankruptcy Consultation (no charge items are included in base fee) | W.J.B. | 1.30 | No Charge |
| 3/1/2014 | bk consult; strippable mortgage going for ch13; will try to trade in veh and lease ine this time; entered ch13 contract. | W.J.B. | 1.30 | No Charge |
| 3/1/2014 | no look legal fee for chapter 13 | W.J.B. | .00 | $3,000.00 |
| 3/3/2014 | OPen files & scan docs to dropbox | N.W. | .70 | No Charge |
| 3/24/2014 | Billing Stmt mailed to client | D.G.E. | .10 | No Charge |
| 3/27/2014 | client completed questionnaire, typed petition, scanned docs | D.G.E. | .10 | No Charge |
| 3/31/2014 | Client emailed 20 Bank Stmt, scanned to client file | D.G.E. | .50 | No Charge |
| 4/2/2014 | client emailed CCC, scanned | D.G.E. | .10 | No Charge |
| 4/16/2014 | client called to advice she had surgery.  she will move forward once she is feeling better and has the bills. | D.G.E. | .10 | No Charge |
| 5/21/2014 | Century Federal Cr Un to conf. retainted | D.G.E. | .10 | No Charge |
| 5/27/2014 | client emailed additional documents, scanned to dropbox.  Added two creditors to sched. F | D.G.E. | .10 | No Charge |
| 5/28/2014 | Missing one bank stmt and one current pay stub, file to Bill to work on the plan | D.G.E. | .10 | No Charge |
| 6/2/2014 | work on petition and means; need info on student loan lenders and ;oan balance (s); ask Deb to set appt with client | W.J.B. | 3.40 | No Charge |
| 6/2/2014 | o/c to client: to set apt Friday to meet with Bill. Left | D.G.E. | .10 | No Charge |

| Date | Description | Initials | Hours | Charge |
|---|---|---|---|---|
| | vm for client to call me back | | | |
| 6/3/2014 | client emailed her 5/18/14 pay advise | D.G.E. | .10 | No Charge |
| 6/7/2014 | office appt to review budget, add creditors, update means and begin plan | W.J.B. | 1.20 | No Charge |
| 6/11/2014 | client had to resch her signing apt | D.G.E. | .10 | No Charge |
| 6/12/2014 | Retainment call from Century Federal Cr Un | D.G.E. | .10 | No Charge |
| 6/17/2014 | emailed client to bring, pay stubs, bk stmt and $29 ff increase with her on Monday | D.G.E. | .10 | No Charge |
| 6/20/2014 | change RR, update petition, plan, obtain cuy auditor prop appraisal print pet and plan for monday signing | W.J.B. | .70 | No Charge |
| 6/23/2014 | scanned filed Chapter 13 Voluntary Petition , plan, RR | D.G.E. | .10 | No Charge |
| 6/23/2014 | signing and file ch 13 pet; gave client red book with case number and payment amount | W.J.B. | 1.30 | No Charge |
| 6/23/2014 | email tax return to chapter 13 Trustee | W.J.B. | .10 | No Charge |
| 6/24/2014 | prep and file edec | W.J.B. | .20 | No Charge |
| 7/3/2014 | Scanned Notice of plan | D.G.E. | .10 | No Charge |
| 7/8/2014 | client emailed me questions regarding FMC.  She has received material from several companies. I advised her to use Pioneer as it has be pre-paid . | D.G.E. | .10 | No Charge |
| 7/8/2014 | refile wage order with redacted ssn | W.J.B. | .20 | No Charge |
| 7/8/2014 | Order for Debtor's Employer (Sherwin Williams) to Pay Trustee $710.73 per month | D.G.E. | .10 | No Charge |
| 7/9/2014 | POC: Chrysler Capital | D.G.E. | .10 | No Charge |
| 7/10/2014 | Hearing Not Held **Confirmed as modified | D.G.E. | .10 | No Charge |
| 7/11/2014 | POC:  Macy's | D.G.E. | .10 | No Charge |
| 7/11/2014 | Notice of Order To Pay Wages | D.G.E. | .10 | No Charge |
| 7/14/2014 | POC: FIFTH THIRD MORTGAGE | D.G.E. | .10 | No Charge |
| 7/14/2014 | Motion to opt out of paying conduit mortgage pymts inside of Ch 13 plan.served client, PNC.Fifth Third Bank | D.G.E. | .10 | No Charge |
| 7/18/2014 | question about opt out motion. concerned that PNC included. told her that purpose is just to authorize direct pay. waiting to see if PNC files POC then won't need adversary for mortgage strip. | W.J.B. | .10 | No Charge |
| 7/23/2014 | prepare and submit opt out order | W.J.B. | .02 | No Charge |
| 7/25/2014 | Century Federal Credit Union | D.G.E. | .10 | No Charge |
| 7/25/2014 | check claims for PNC bank, not filed yet | W.J.B. | .10 | No Charge |
| 7/25/2014 | email client McClain covering | W.J.B. | .10 | No Charge |
| 8/1/2014 | Trustee's Objection to Confirmation of Plan  Filed by Craig H Shopneck | D.G.E. | .10 | No Charge |
| 8/1/2014 | POC   TD BANK USA, N.A. | D.G.E. | .10 | No Charge |
| 8/5/2014 | POC: PNC Bank | D.G.E. | .10 | No Charge |
| 8/5/2014 | POC:  ALTAIR OH XIII, LLC | D.G.E. | .10 | No Charge |
| 8/7/2014 | scanned POC   ALTAIR OH XIII, LLC | D.G.E. | .10 | No Charge |
| 8/7/2014 | review trustee objection, change Sch J as required, draft amendment cover sheet, recalculate plan with new payment, file with court. | W.J.B. | 1.00 | No Charge |
| 8/7/2014 | call Phil Lamos. Bestcase shows div to unsecured of 51% with change; Their objection asks for 59% with slightly higer fixed pay. want to know what his | W.J.B. | .10 | No Charge |

| Date | Description | Initials | Hours | Charge |
|---|---|---|---|---|
| | thought process is. Left voicemail | | | |
| 8/7/2014 | amend pay order with new monthly payment; upload to court | W.J.B. | .20 | No Charge |
| 8/7/2014 | check claims. PNC filed today | W.J.B. | .10 | No Charge |
| 8/7/2014 | withdraw amended schedule J. Recalculate with higher first mortgage payment. File withdrawal and refile amended sch J | W.J.B. | .60 | No Charge |
| 8/7/2014 | call Phil Lamos. Tell him to disregard prev call. Due to first mtg increase, re-amended J and will file mot to mod plan and we will take it from there. | W.J.B. | .10 | No Charge |
| 8/7/2014 | POC: American Express | D.G.E. | .10 | No Charge |
| 8/7/2014 | scanned Withdraw Document 17, Amended Scheddule J | D.G.E. | .10 | No Charge |
| 8/7/2014 | scanned Amended Schedules J, declaration and Summary of Schedules | D.G.E. | .10 | No Charge |
| 8/7/2014 | scanned Amended Order for Debtor's Employer (Sherwin Williams) to Pay Trustee $854.14 per month | D.G.E. | .10 | No Charge |
| 8/8/2014 | email client amended pay order with explanation and to advise PNC filed POC | W.J.B. | .20 | No Charge |
| 8/8/2014 | download second amended payorder to forward to client | W.J.B. | .10 | No Charge |
| 8/11/2014 | Scanned & Mailed motion to modify plan, notice of hearing | D.G.E. | .10 | No Charge |
| 8/11/2014 | motion to modify plan and notice of hearing | W.J.B. | 1.50 | No Charge |
| 8/19/2014 | Motion of debtor to opt out of paying conduit mortgage payments inside of plan. Granted | D.G.E. | .10 | No Charge |
| 8/21/2014 | scanned Order Granting Debtor's Motion to Opt Out of Making Conduit Mortgage Payments Through Plan | D.G.E. | .10 | No Charge |
| 8/21/2014 | POC: EMERGENCY PROF SVCS, INC | D.G.E. | .10 | No Charge |
| 8/25/2014 | Scanned notice to opt out of mortg. pymt though plan | D.G.E. | .10 | No Charge |
| 9/9/2014 | Hearing Not Held on confirmation of plan -- PLAN CONFIRMED AS MODIFIED | D.G.E. | .10 | No Charge |
| 9/9/2014 | Third Amended Order for Debtor's Employer (Sherwin Williams) | D.G.E. | .10 | No Charge |
| 9/15/2014 | Scanned Order for Wage Order | D.G.E. | .10 | No Charge |
| 9/16/2014 | Notice of Requirement to Complete Form 23 | D.G.E. | .10 | No Charge |
| 9/18/2014 | Order Confirming Chapter 13 Plan | D.G.E. | .10 | No Charge |
| 9/19/2014 | Notice of Requirement to Complete Course in Financial Management | D.G.E. | .10 | No Charge |
| 9/22/2014 | Notice of Order Confirming Chapter 13 Plan | D.G.E. | .10 | No Charge |
| 9/22/2014 | POC Capital One NA | D.G.E. | .10 | No Charge |
| 10/7/2014 | POC Portfolio Recovery Associates, LLC | D.G.E. | .10 | No Charge |
| 10/24/2014 | POC Portfolio Recovery Associates, LLC | D.G.E. | .10 | No Charge |
| 12/9/2014 | call PRA receivables bk dept; request documentation that US Bank transferred their rights to PRA in claim 14 Case No. 14-14029; SSN 8946. Told to call back after 24 hrs by Lawanda. At the time an analyst will be assigned and they will be able to answer my | W.J.B. | .30 | $90.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | questions. | | | |
| 12/9/2014 | download and examine claim 13 also by PRA. Bill of sale and assignment from Citifinancial Attached. | W.J.B. | .10 | $30.00 |
| 12/9/2014 | calendar return call to PRA | W.J.B. | .10 | $30.00 |
| 12/12/2014 | call PRA for bill of sale; they emailed; it doesn't address account; claim 13 doesn't address account either | W.J.B. | .30 | $90.00 |
| 12/17/2014 | Amend. POC Portfolio Recovery Associates, LLC | D.G.E. | .10 | No Charge |
| 3/20/2015 | motion to strip pnc mortgage and not of hearing | W.J.B. | 4.00 | $1,200.00 |
| 3/20/2015 | docket motion on firm calendar | W.J.B. | .10 | $30.00 |
| 3/21/2015 | prep amended mot with full title for CEO in service clause and notice; format docs and file. Create pdf binder of service copies | W.J.B. | .80 | $240.00 |
| 4/2/2015 | Notice of Mortgage Payment Change (Claim # 3) | D.G.E. | .10 | No Charge |
| 5/13/2015 | download cour memo on mortgage strip orders | W.J.B. | .20 | $60.00 |
| 5/13/2015 | draft entry granting motion to avoid mortgage lien; research cuy county recorder for original mortgage, and modification of agreement; enter instrument references, create PDSF of order and file with court. | W.J.B. | 2.00 | $600.00 |
| 5/13/2015 | Deficiency: Court wants hyphen in judges name on order. Text to Bill.. | D.G.E. | .10 | No Charge |
| 5/18/2015 | Order Granting Amended Motion to Avoid Second Mortgage Lien with PNC Bank | D.G.E. | .10 | No Charge |
| 5/21/2015 | scanned Notice of Order on Motion to Avoid Lien | D.G.E. | .10 | No Charge |
| 8/7/2015 | Client called regarding the mortg. co. will no longer permit her to pay online. | D.G.E. | .10 | No Charge |
| 8/13/2015 | Notice of Change of Address EMERGENCY PROF SVCS,INC | D.G.E. | .10 | No Charge |
| 2/9/2016 | Received em requesting Bill to call her. 1)Pending PI Case 2) Leased auto replacment. Printed the em for Bill | D.G.E. | .30 | No Charge |
| 2/15/2016 | cf client; slip and fall at work; cafeteria no run by employer; fell and broke arm; has pi claim against operator; meds paid by insurance; advised we have to schedule claim in bk for her to pursue; may not be exempt. | W.J.B. | .30 | $90.00 |
| 3/17/2016 | upload 2015 tax return, W2, declartation of income to ch13 trustee | W.J.B. | .20 | $60.00 |
| 4/4/2016 | Notice of Mortgage Payment Change | D.G.E. | .10 | No Charge |
| 4/4/2016 | amend a/b, c & G to include pi claim and exec contract with new atty. | W.J.B. | 1.00 | $300.00 |
| 7/13/2016 | Chapter 13 Trustee's Report of Receipts and Disbursements | D.G.E. | .10 | No Charge |
| 12/8/2016 | Angela emailed me a lease buyers order so Bill can file a Motion to incur new debt | D.G.E. | .10 | No Charge |
| 12/8/2016 | prepared motion, notice and order. Scanned to dropbox | D.G.E. | .40 | No Charge |
| 12/13/2016 | em from Angela, status of filing motion to incur new debt. Not sure if the document I typed has been reviewed as do not see any notes in Rocket Matter. | D.G.E. | .10 | No Charge |
| 12/20/2016 | em regarding status of motion to incur new debt. It | D.G.E. | .10 | No Charge |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | has not been filed. | | | |
| 1/9/2017 | PC from Atty. Dennis Rotman (Pending PI Case). He would like a return call from Bill to discuss the case. Info to Bill | D.G.E. | .10 | No Charge |
| 1/27/2017 | motion to incur debt; text cleient for info on who will hold lease. Call Auto salesman. Left VM that i need lease holder info | W.J.B. | .70 | $210.00 |
| 1/27/2017 | phone call from car salesman; gave lessor info; misc texts to and from client | W.J.B. | .30 | $90.00 |
| 1/27/2017 | call Phil lamos, He does not object to shortening time for hearing on motion to incur debt. | W.J.B. | .10 | $30.00 |
| 1/27/2017 | finish motion to borrow and draft motion to shorten time for hearing with order | W.J.B. | 1.10 | $330.00 |
| 1/30/2017 | check docket, motio to shorten time granted; calendar date of 2/7 at 8:30am for motion to incur debt. | W.J.B. | .30 | $90.00 |
| 1/30/2017 | text client new hearing date. | W.J.B. | .10 | $30.00 |
| 1/30/2017 | Scanned Motion to Borrow filed ( incur debt to lease motor vehicle) | D.G.E. | .10 | No Charge |
| 1/30/2017 | Scanned filed Motion to Shorten Time for hearing to incur debt, car purchase | D.G.E. | .10 | No Charge |
| 2/1/2017 | Order Granting Motion to Shorten Time for Hearing on Motion by Debtor to Incur Debt to Lease a Motor Vehicle | D.G.E. | .10 | No Charge |
| 2/7/2017 | update order granting motion to incur debt to lease vehicle, create PDF | W.J.B. | .40 | $120.00 |
| 2/7/2017 | hearing on motion to incur debt. Time at court. | W.J.B. | .30 | $90.00 |
| 2/7/2017 | text client motion granted | W.J.B. | .10 | $30.00 |
| 2/7/2017 | travel from court hearing | W.J.B. | 1.00 | $150.00 |
| 2/7/2017 | travel to hearing | W.J.B. | .90 | $135.00 |
| 2/8/2017 | Hearing Held Motion to Borrow ( incur debt to lease motor vehicle) -MOTION GRANTED | D.G.E. | .10 | No Charge |
| 2/8/2017 | Order Granting Motion To Borrow | D.G.E. | .10 | No Charge |
| 2/8/2017 | Hearing Held Motion to Borrow ( incur debt to lease motor vehicle) -MOTION GRANTED | D.G.E. | .10 | No Charge |
| 2/8/2017 | download order granting motion to incur debt, change name, email to client. Text client I emailed it. | W.J.B. | .20 | $60.00 |
| SUBTOTAL: | | | 37.62 | $7,185.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 3/1/2014 | ch 13 filing fee | $281.00 |
| 3/1/2014 | credit report | $33.00 |
| 3/1/2014 | required online credit counseling | $21.00 |
| 3/20/2015 | postage for service | $2.94 |
| 3/20/2015 | 66 copy pages for service at $0.20 per page | $13.20 |
| 3/21/2015 | postage for service | $2.94 |
| 3/21/2015 | 30 service copies | $6.00 |
| 5/13/2015 | 17 printed copy pages draft of order and downloaded docs including mortgages | $3.00 |

| 2/7/2017 | meter parking for motion hearing | $2.00 |
| SUBTOTAL: | | $365.08 |

**Matter Ledgers**

| 3/10/2014 | Balance before last invoice | $0.00 |
| 3/10/2014 | Check 1007 | ($400.00) |
| 3/24/2014 | check payment | ($400.00) |
| 4/5/2014 | filing fee, credit counseling, credit report | ($335.00) |
| 6/10/2015 | Balancde of payments from trustee completed | ($2,200.00) |
| 2/8/2017 | Invoice 12330 | $7,550.08 |
| SUBTOTAL: | | $4,215.08 |

**Trust Account**

| 2/8/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $7,550.08

PREVIOUS BALANCE (CREDIT) $3,335.00

CURRENT BALANCE DUE AND OWING $4,215.08