# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  ANGELA DEROSA                    CASE NO: 14-14029

          Debtor(s)                    CHAPTER 13

                                                                               JUDGE MORGENSTERN-CLARREN

## MOTION TO AMEND ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT TO LEASE MOTOR VEHICLE (Court Document 57)

      NOW COME THE DEBTOR, and moves this court to amend the order granting her motion to incur of debt to lease a 2017 Jeep Grand Cherokee (Court Document 57) for the following reasons:

      1.    Debtor submitted the court's order to her dealership.

      2.    The finance department informed her the lessor requires the following information in the court order:

          a.  Monthly payment of $352.00

          b.  Residual of $22,777

          c.  Lease Term: 36 months

          d.  MSRP of vehicle $35, 590.00

      3.    The newly generated Lease Worksheet containing this information is attached to this motion.

      4.    Debtor shall submit a proposed amended order.

WHEREFORE, the Debtor prays this Court amend its prior order granting her motion to incur of debt to lease a 2017 Jeep Grand Cherokee to include required specificity.

Respectfully submitted,

February 9, 2017 /s/ William J. Balena
_____ _____
Date William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road, #106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ANGELA DEROSE          CASE NO: 14-14029

Debtor(s)          CHAPTER 13

JUDGE MORGENSTERN-CLARREN

## CERTIFICATION

The undersigned attorney for Debtor, hereby certifies that on the February 9, 2017, a copy of the motion to amend the order granting her motion to incur debt to lease a 2017 Jeep Grand Cherokee was forwarded via regular U.S. Mail and/or ECF to the following parties of interest:

Craig Shopneck, Chapter 13 Trustee, Via ECF at ch13shopneck@ch13cleve.com

Angela DeRosa, 21779 Seabury Avenue, Fairview Park, Ohio 44126

Respectfully submitted,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road, #106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com